148

Benjamin ADAMS, Plaintiff–Appellant,

v.

BRIDA, Correctional Officer,
Defendant–Appellee,

and

Teresa A. Schwartz, Warden,
Defendant.

No. 08–15696.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Jan. 14, 2009.

Benjamin Adams, Vacaville, CA, pro se.

Oliver Robert Lewis, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendant–Appellee.

Before: GOODWIN, WALLACE, and RYMER, Circuit Judges.

MEMORANDUM **

Benjamin Adams, a former California state prisoner, appeals pro se from the district court's summary judgment in favor of defendant in his 42 U.S.C. § 1983 action alleging deliberate indifference to his safety. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Frost v. Agnos,* 152 F.3d 1124, 1128 (9th Cir.1998), and we affirm.

The district court properly granted summary judgment because Adams failed to raise a genuine issue of material fact as to whether defendant acted with deliberate indifference to Adams's safety. *See Farmer v. Brennan,* 511 U.S. 825, 835, 837, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) (explaining that "deliberate indifference entails something more than mere negligence," and that a prison official cannot be liable for deliberate indifference to an inmate's safety unless the official knows of and disregards an excessive risk to the inmate's safety).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.